WOODRUFF, SPRADLIN & SMART
ATTORNEYS AT LAW
COSTA MESA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SPELL, M.D., an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES; BRANDON NICHOLS, DCFS Senior Deputy Director, in his individual and official capacity, ADRIAN HAWKINS, in her individual and official capacity; TASHA BEARD, in her individual and official capacity; MALAIKA SOLOMON, in her individual and official capacity; BEVERLY HILLS UNIFIED SCHOOL DISTRICT, EL RODEO ELEMENTARY SCHOOL, DAVID HOFFMAN, school principal, in his individual and official capacity, NICOLE GREEN, teacher, in her individual and official capacity, VIVIANNE MINOR, office administrator, in her individual and official capacity; CITY OF BEVERLY HILLS; DANIEL TANNER, in his individual and official capacity, LYNNSEY DIAMOND, in her individual and official capacity; CITY OF LOS ANGELES; WOODS, in his individual and official capacity, (FNU), MOSES CASTILLO, in his individual and official capacity, and DOES 1-20 inclusive,<br><br>Defendants. | CASE NO: CV 15-7775-GW(PJWx)<br><br>BEFORE THE HONORABLE GEORGE H. WU<br><br>**JUDGMENT OF DISMISSAL** |

1

1159836.1

1  By order dated April 14, 2016, this Court granted the unopposed motion to
2  dismiss filed by Defendants City of Beverly Hills and Daniel Tanner, granting
3  Plaintiff Susan Spell, M.D. until May 20, 2016 within which to file an amended
4  complaint. Plaintiff having failed to timely file an amended complaint, and all claims
5  having been adjudicated in favor of Defendants City of Beverly Hills and Daniel
6  Tanner,

7  NOW, THEREFORE,

8  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff
9  Susan Spell, M.D. shall take nothing by way of her complaint against Defendants City
10 of Beverly Hills and Daniel Tanner. Said Defendants shall recover from Plaintiff
11 Susan Spell, M.D. their costs of suit incurred in this proceeding.

DATED: June 13, 2016

_____
GEORGE H. WU, U.S. DISTRICT JUDGE

2

1159836.1

# **PROOF OF SERVICE**

## **STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am over the age of 18 and not a party to the within action; I am employed by WOODRUFF, SPRADLIN & SMART in the County of Orange at 555 Anton Boulevard, Suite 1200, Costa Mesa, CA 92626-7670.

On June 10, 2016, I served the foregoing document(s) described as **[PROPOSED] JUDGMENT OF DISMISSAL**

☐   by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list;

☐   **(BY MAIL)** I placed said envelope(s) for collection and mailing, following ordinary business practices, at the business offices of WOODRUFF, SPRADLIN & SMART, and addressed as shown on the attached service list, for deposit in the United States Postal Service. I am readily familiar with the practice of WOODRUFF, SPRADLIN & SMART for collection and processing correspondence for mailing with the United States Postal Service, and said envelope(s) will be deposited with the United States Postal Service on said date in the ordinary course of business.

☒   **(BY ELECTRONIC SERVICE)** by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached mailing list.

☐   **(BY OVERNIGHT DELIVERY)** I placed said documents in envelope(s) for collection following ordinary business practices, at the business offices of WOODRUFF, SPRADLIN & SMART, and addressed as shown on the attached service list, for collection and delivery to a courier authorized by _____ to receive said documents, with delivery fees provided for. I am readily familiar with the practices of WOODRUFF, SPRADLIN & SMART for collection and processing of documents for overnight delivery, and said envelope(s) will be deposited for receipt by _____ on said date in the ordinary course of business.

☐   **(BY FACSIMILE)** I caused the above-referenced document to be transmitted to the interested parties via facsimile transmission to the fax number(s) as stated on the attached service list.

☐   **(BY PERSONAL SERVICE)** I delivered such envelope(s) by hand to the offices of the addressee(s).

☒   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on June 10, 2016, at Costa Mesa, California.

s/ *Laura F. Perez*
LAURA F. PEREZ

3

1159836.1

# SUSAN SPELL, M.D. v. COUNTY OF LOS ANGELES, et al.

### ASSIGNED TO THE HONORABLE GEORGE H. WU
### REFERRED TO MAGISTRATE JUDGE PATRICK J. WALSH

### USDC, CENTRAL DISTRICT OF CALIFORNIA
### CASE NO: CV15-07775 GW (PJWx)

## SERVICE LIST

| | |
|---|---|
| Robert R. Powell, Esq.<br>Sarah E. Marinho Esq.<br>Law Offices of Robert R. Powell<br>925 W. Hedding Street<br>San Jose, CA 95126<br>Telephone: (408) 553-0200<br>Facsimile: (408) 553-0203<br>Email: rpowell@rrpassociates.com | Attorneys for Plaintiff<br>**SUSAN SPELL, M.D., an individual** |
| Rachel R. Raymond, Esq.<br>Law Offices of Rachel Raymond<br>1151 El Centro St., Suite D<br>South Pasadena, CA 91030<br>Telephone: (818) 395-4750<br>Facsimile: (626) 639-3140<br>Email: rachelrraymond@gmail.com | Attorney for Plaintiff<br>**SUSAN SPELL, M.D., an individual** |
| Jaime Elizabeth Verducci, Esq.<br>Elizabeth Ann Bright, Esq.<br>Law Offices of David J. Weiss<br>11340 W. Olympic Blvd., Suite 100<br>Los Angeles, CA 90064<br>Telephone: (310) 444-5450<br>Facsimile: (310) 575-9576<br>Email: verduccij@djwlaw.com<br>        brighte@djwlaw.com | Attorneys for Defendants<br>**COUNTY OF LOS ANGELES, ADRIAN HAWKINS, TASHA BEARD, MALAIKA SOLOMON** |
| Surekha A. Pessis, Esq.<br>Los Angeles City Attorney's Office<br>City Hall East<br>200 N. Main Street, 6th Floor<br>Los Angeles, CA 90012<br>Telephone: (213) 978-7036<br>Facsimile: (213) 978-8785<br>Email:    surekha.pessis@lacity.org | Attorneys for Defendant<br>**CITY OF LOS ANGELES, MOSES CASTILLO** |

5/18/16

4

1159836.1